IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KEITH CARROLL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:18CV00090 |
| | ) |
| BOLLING WILSON HOTEL, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement. It is anticipated a dismissal of the entire action with prejudice will be filed within forty-five (45) days of the date of this Notice.

Respectfully submitted,

/s/ L. Leigh R. Strelka
Thomas E. Strelka, VA Bar No. 75488
L. Leigh R. Strelka, VA Bar No. 73355
STRELKA LAW OFFICE, PC
119 Norfolk Avenue, SW,
Warehouse Row, Suite 330
Roanoke, Virginia 24011
Phone: (540) 283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com

Scott J. Ferrell, Esq.
Victoria Knowles, Esq.
Pacific Trial Attorneys
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660

>Phone: (949) 706-6464
>Fax: (949) 706-6469
>sferrell@pacifictrialattorneys.com
>vknowles@pacifictrialattorneys.com

*Counsel for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of May, 2018, the foregoing was filed electronically with the Clerk of the Court and served electronically using the CM/ECF system upon the following:

Kevin D. Holden, Esquire
Lindsey A. Strachan, Esquire
Jackson Lewis P.C.
701 E. Byrd Street, 17th Floor
Richmond, VA 23219
Tel: (804) 649-0404
Fax: (804) 649-0403
Kevin.holden@jacksonlewis.com
Lindsey.strachan@jacksonlewis.com

*Counsel for Defendant*

>/s/ L. Leigh R. Strelka