IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

KEITH CARROLL,                          )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )        Case No. 7:18CV00090
                                        )
BOLLING WILSON HOTEL, LLC,              )
                                        )
        Defendant.                      )

## JOINT STIPULATION AND
## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff, Keith Carroll, and defendant, Bolling Wilson Hotel, LLC, by and through their undersigned counsel, come before the Court to stipulate to dismissal of this matter in its entirety, as the parties agree to dismissal of this action with prejudice.

For good cause shown, and it appearing to the Court that the parties have resolved all issues in dispute, it is hereby ORDERED that this matter be and hereby is DISMISSED WITH PREJUDICE. Each party is to pay its own costs and attorneys' fees in this matter.

This Order is FINAL.

Entered this _22nd_ day of _June_, 2018.

/s/ Michael F. Urbanski
_____
U.S. District Judge

WE ASK FOR THIS:


/s/ Leigh R. Strelka
Thomas E. Strelka (VSB No. 75488)
L. Leigh R. Strelka (VSB No. 73355)
STRELKA LAW OFFICE, PC
119 Norfolk Avenue, S.W.,
Warehouse Row, Suite 330
Roanoke, Virginia 24011
(540) 283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com

Scott J. Ferrell, Esquire
Victoria Knowles, Esquire
Pacific Trial Attorneys
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469
ferrell@pacifictrialattorneys.com
vknowles@pacifictrialattorneys.com

*Counsel for Plaintiff*



/s/ Kevin D. Holden
Kevin D. Holden, Esquire
Lindsey A. Strachan, Esquire
Jackson Lewis P.C.
701 E. Byrd Street, 17th Floor
Richmond, VA 23219
Tel: (804) 649-0404
Fax: (804) 649-0403
Kevin.holden@jacksonlewis.com
Lindsey.strachan@jacksonlewis.com

*Counsel for Defendant*